UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ge Xiong,  Civil No. 13-396 (DWF/JSM)

         Plaintiff,

v.  **ORDER ADOPTING REPORT AND RECOMMENDATION**

Carolyn W. Colvin,
Commissioner of Social Security,

         Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated January 21, 2014. (Doc. No. 19.) No objections have been filed to that Report and Recommendation in the time period permitted. Defendant filed a "Non-objection Response to Report and Recommendation" (in support of the Report and Recommendation) on February 4, 2014. (Doc. No. 21.) The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Janie S. Mayeron's Report and Recommendation (Doc. No. [19]) is **ADOPTED**.

2. Plaintiff's Motion for Summary Judgment (Doc. No. [9]) is **DENIED**.

3. Defendant's Motion for Summary Judgment (Doc. No. [11]) is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 5, 2014  s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge